JULIUS AUERBACH et al., as Stockholders of UFLAND-LIFTMAN, INC., Suing on Their Own Behalf and on Behalf of All Other Stockholders of UFLAND-LIFTMAN, INC., and of LACIDEM REALTY CORP., Similarly Situated, Appellants, *v.* LACIDEM REALTY CORP., et al., Defendants, and PAUL LIFTMAN et al., Defendants-Respondents.

Submitted July 19, 1944; decided July 19, 1944.

*Oliver T. Cowan* for motion.

*Charles S. Rosenschein* and *Robert Moers* opposed.

Motion denied, with leave to renew upon the argument.